SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEVEN WINICK, Cal. Bar No. 160815
  shwinick@sheppardmullin.com
MARTIN D. WHITE, Cal. Bar No. 253476
  mwhite@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    (415) 434-9100
Facsimile:     (415) 434-3947

Attorneys for Plaintiff
RSF SOCIAL ENTERPRISE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RSF SOCIAL ENTERPRISE, INC., a California corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>THE NOISETTE COMPANY, LLC, a South Carolina limited liability company; CITYCRAFT I, LLC, a South Carolina limited liability company; and JOHN LEO KNOTT, JR., an Individual,<br><br>              Defendants. | Case No.  C 13-03210 RS<br><br>**STIPULATION OF PARTIES TO JUDGMENT AND** ~~PROPOSED~~ **JUDGMENT** |

**RECITALS**

1. Plaintiff RSF Social Enterprise, Inc. ("RSF") served defendants The Noisette Company, LLC ("Noisette") and Citycraft, LLC ("Citycraft," and, collectively, "Defendants") with summons and the complaint on August 3, 2013 (Dkt. No. 5) in the above-captioned matter.

2. Defendants answered on September 25, 2013 (Dkt. No. 14).

3. After the filing of the complaint, the parties reached a mutually-acceptable resolution as detailed below.

**STIPULATION**

IT IS HEREBY STIPULATED by and between RSF and Defendants as follows:

A. Pursuant to Federal Rule of Civil Procedure 58, the Court should enter judgment to fully and finally dispose of this action in RSF's favor against Defendants in the principal amount of **$791,905.83**.

B. RSF may apply to the Court on an ex parte basis for the entry of judgment.

C. The Court shall retain jurisdiction over this matter for purposes of enforcement of the parties' stipulated judgment.

Dated: November 14, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Steven H. Winick
STEVEN H. WINICK
Attorneys for Plaintiff
RSF SOCIAL ENTERPRISE, INC.

Dated: November 14, 2013

BRAUNHAGEY & BORDEN LLP

By     /s/ Greg A. Call
GREG A. CALL
Attorneys for Defendants
THE NOISETTE COMPANY
and CITYCRAFT, LLC

# [~~PROPOSED~~] JUDGMENT

IT IS ORDERED AND ADJUDGED THAT plaintiff RSF Social Enterprise, Inc. shall recover the principal sum of $791,905.83 from defendants The Noisette Company, LLC and Citycraft, LLC. RSF may apply to this Court on an ex parte basis for the entry of judgment. This Court shall retain jurisdiction over this matter for purposes of enforcement of the parties' stipulated judgment.

DATED: 11/15/13

_____
The Hon. Richard Seeborg
United States District Court Judge